1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
   Attorneys for the United States.
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 PATRICIA J. SHANNON,           )    2:11-CV-00394-JCM-LRL
                                  )
11              Plaintiff,        )    DEFENDANT'S REQUEST FOR
                                  )    EXTENSION OF TIME TO FILE
12      V.                        )    AN ANSWER OR APPROPRIATE
                                  )    PLEADING TO PLAINTIFF'S
13 MICHAEL J. ASTRUE,             )    COMPLAINT
   COMMISSIONER OF                )
14 SOCIAL SECURITY                )         (First Request)
                                  )
15              Defendant.        )

16

17     **COMES NOW** Defendants, by and through Daniel G. Bogden,

18 United States Attorney for the District of Nevada, and Carlos A.

19 Gonzalez, Assistant United States Attorney, and respectfully

20 moves for a fourteen (14) day extension of time to and including

21 July 29, 2011 in which to file a responsive pleading in response

22 to plaintiffs' Complaint.

23 ...

24 ...

25 ...

26 ...

1  In support of this request for an extension of time,
2 Defendants rely upon the Memorandum of Points and Authorities set
3 forth below.
4  DATED this 8TH day of July 2011.

6                                        Respectfully submitted,

7                                        DANIEL G. BOGDEN
                                         United States Attorney

                                          /s/ Carlos A. Gonzalez
9                                        Carlos A. Gonzalez
                                         Assistant United States Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  BACKGROUND**

The instant controversy involves the denial of Social Security benefits to plaintiff, Patricia J. Shannon.

The regional counsels' office for the Social Security Administration in San Francisco, California have designated Mr. Sundeep Patel, to assist undersigned counsel with the preparation and submission of the agency meaningful response to plaintiffs complaint.  Presently, a copy of the administrative record has been prepared and counsel for the defendant is in the process of completing the answer to the complaint but additional time is needed to ascertain the veracity of some of the allegations in the complaint and coordinate the submission of defendant's answer.

**II.   ARGUMENT**

The Federal Rules of Civil Procedure provide for an enlargement of time for cause shown.

> When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . .

Fed. R. Civ. P., Rule 6(b).

This request is made prior to the expiration of time permitted to respond to Plaintiff's Complaint.

...

...

...

3

**III. CONCLUSION**

Undersigned counsel contacted Mr. Richard E. Donaldson, counsel for plaintiff to ascertain his position on our request. Mr. Donaldson indicated that he does not oppose the instant request for a fourteen (14) day extension of time.

Therefore, the Defendants respectfully request that this honorable Court grant an additional fourteen (14) day extension of time, up to and including July 29, 2011, to respond to Plaintiff's Complaint.

DATED this 8th day of July, 2011.

    Respectfully submitted,
    Daniel G. Bogden
    United States Attorney

    //s// CARLOS A. GONZALEZ
    Carlos A. Gonzalez
    Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATE: _____ 7-11-11 _____