1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
   Attorneys for the United States.
7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10 PATRICIA J. SHANNON,          )   2:11-CV-00394-JCM-LRL
                                 )
11           Plaintiff,          )   DEFENDANT'S UNOPPOSED
                                 )   REQUEST FOR EXTENSION OF
12     V.                        )   TIME TO FILE RESPONSE TO
                                 )   PLAINTIFF'S MOTION FOR
13 MICHAEL J. ASTRUE,            )   REVERSAL AND/ OR REMAND
   COMMISSIONER OF               )       (First Request)
14 SOCIAL SECURITY               )
                                 )
15           Defendant.          )

16     **COMES NOW** Defendants, by and through Daniel G. Bogden,

17 United States Attorney for the District of Nevada, and Carlos A.

18 Gonzalez, Assistant United States Attorney, and respectfully

19 moves for a eighteen (18) day extension of time to and including

20 November 7, 2011 in which to file a responsive pleading to

21 Plaintiffs' Motion for Reversal and/or Remand.

22 ...

23 ...

24 ...

25 ...

26

1  Undersigned counsel contacted Mr. Richard E. Donaldson,
2  counsel for plaintiff to ascertain his position on our request.
3  Mr. Donaldson indicated that he does not oppose the instant
4  request for a eighteen (18) day extension of time.
5      Therefore, the Defendants respectfully request that this
6  honorable Court grant an additional eighteen (18) day extension
7  of time, up to and including November 7, 2011, to respond to
8  Plaintiff's Motion.
9      DATED this 14th day of October, 2011.

Respectfully submitted,
Daniel G. Bogden
United States Attorney

//s// CARLOS A. GONZALEZ
Carlos A. Gonzalez
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATE: October 18, 2011

2