1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
   Attorneys for the United States.
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 PATRICIA J. SHANNON,          )     2:11-CV-00394-JCM-LRL
                                 )
11              Plaintiff,       )     DEFENDANT'S UNOPPOSED
                                 )     REQUEST FOR EXTENSION OF
12      V.                       )     TIME TO FILE RESPONSE TO
                                 )     PLAINTIFF'S MOTION FOR
13 MICHAEL J. ASTRUE,            )     REVERSAL AND/ OR REMAND
   COMMISSIONER OF               )         (First Request)
14 SOCIAL SECURITY               )
                                 )
15              Defendant.       )

16      **COMES NOW** Defendants, by and through Daniel G. Bogden,

17 United States Attorney for the District of Nevada, and Carlos A.

18 Gonzalez, Assistant United States Attorney, and respectfully

19 moves for a eighteen (18) day extension of time to and including

20 November 7, 2011 in which to file a responsive pleading to

21 Plaintiffs' Motion for Reversal and/or Remand.

22 ...

23 ...

24 ...

25 ...

26

1       Undersigned counsel contacted Mr. Richard E. Donaldson,

2   counsel for plaintiff to ascertain his position on our request.

3   Mr. Donaldson indicated that he does not oppose the instant

4   request for a eighteen (18) day extension of time.

5       Therefore, the Defendants respectfully request that this

6   honorable Court grant an additional eighteen (18) day extension

7   of time, up to and including November 7, 2011, to respond to

8   Plaintiff's Motion.

9       DATED this 14th day of October, 2011.

10                           Respectfully submitted,
                             Daniel G. Bogden

11                           United States Attorney

12                           //s// CARLOS A. GONZALEZ
                             Carlos A. Gonzalez

13                           Assistant United States Attorney

14

15                           IT IS SO ORDERED:

16

17

18                           _____
                             UNITED STATES MAGISTRATE JUDGE

19                           DATE: October 18, 2011

20

21

22

23

24

25

26