1   RICHARD E. DONALDSON, ESQ., CHTD.
    RICHARD E. DONALDSON, ESQ.
2   Nevada Bar No. 1095
    2300 West Sahara Ave., Suite 800
3   Las Vegas, NV 89102
    (702) 382-6370
4   Attorney for Plaintiff

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                  * * * * * *

9   PATRICIA J. SHANNON                 )
                                        )
10                                      )
                 Plaintiff,             )
11                                      )
    vs.                                 )
12                                      )   CASE NO.: 2:11-CV-0394 JCM-CWH
                                        )
13  MICHAEL J. ASTRUE,                  )
    COMMISSIONER OF                     )
    SOCIAL SECURITY,                    )
14                                      )
                                        )
15               Defendant.             )

16

17          PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
         TIME TO FILE A REPLY TO DEFENDANT'S MOTION TO AFFIRM,
18        MEMORANDUM IN SUPPORT OF AND IN OPPOSITION TO
         PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND

19                               (First Request)

20

21       Plaintiff, PATRICIA J. SHANNON by and through her attorney of record, RICHARD

22  E. DONALDSON, ESQ., respectfully requests an extension of time of two additional

23  business days, to and including, November 9, 2011,        in which to file a Reply to

24  Defendant's Motion to Affirm, Memorandum in Support of and in Opposition to Plaintiff's

25  Motion for Reversal and/or Remand.

26       This request is necessary so that the Plaintiff  can finish the writing of the Reply,

27  which has taken much longer than anticipated. At the present time, Plaintiff's deadline to

28  file the Reply is Saturday, November 5, 2011, and counsel has been unable to finish the

                                         1

1   reply before the close of Court's business today. This request is being filed as a Motion as

2   the undersigned counsel has been unable to contact Carlos A. Gonzalez, Assistant United

3   States Attorney and counsel of record for the Defendant. Mr. Gonzalez and undersigned

4   counsel have a standing agreement to stipulate to motions for an extension of time, and on

5   information and belief, Mr. Gonzalez does not oppose this Motion.

6          This is the first request for an extension of time to file a Reply.

7              DATED this 11th day of April, 2011.

8                      Respectfully submitted,

9                          RICHARD E. DONALDSON, ESQ., CHTD.

10

11             By: _____
                    RICHARD E. DONALDSON, ESQ., CHTD.

12

      IT IS SO ORDERED:

13

14    UNITED STATES JUDGE

15    DATED:    November 7, 2011    _____

16

17

18

19

20

21

22

23

24

25

26

27

28