# UNITED STATES DISTRICT COURT

DISTRICT OF          Nevada

Patricia J. Shannon

　　　　　　　　　　Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Michael J. Astrue

Case Number: 2:11-cv-00394-JCM -CWH

　　　　　　　　　　Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Patricia J. Shannon is awarded attorney fees, expenses, and costs in the amount of $5,400.00. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action. This award is without prejudice to the rights of Richard E. Donaldson, Esq. to seek Social Security Act attorney fees.

January 16, 2014                             /s/ Lance S. Wilson
Date                                         Clerk

                                             /s/ Shelly Denson
                                             (By) Deputy Clerk