# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Patricia J. Shannon

Plaintiff,

V.

Michael J. Astrue

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-00394-JCM -CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Patricia J. Shannon is awarded attorney fees, expenses, and costs in the amount of $5,400.00. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action. This award is without prejudice to the rights of Richard E. Donaldson, Esq. to seek Social Security Act attorney fees.

| | |
|---|---|
| January 16, 2014 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Shelly Denson |
| | (By) Deputy Clerk |